UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

ANTHONY X. COLEMAN

Debtor.   /

Case No. 8:08-bk-12277-CED

Chapter 13

## MOTION FOR ADDITIONAL TIME TO CURE DEFICIENCIES

Debtor by and through the undersigned attorney, file this Motion for Additional Time to Cure Deficiencies and, for cause, say that:

1. On or about August 18, 2008 Debtor filed a Voluntary Petition for Relief herein.

2. This Court entered it's Notice of Deficient Filing, directing Debtor's compliance not later than August 29, 2008.

3. The undersigned counsel requires additional time to meet with Debtor to review and sign the remaining documents to be filed herein.

4. The Section 341 First Meeting of Creditors is scheduled to occur September 23, 2008.

5. Debtor requests through and including the 12th day of September, 2008 within which to cure the deficiencies previously noted herein.

WHEREFORE, Debtor pray that this Court grant the foregoing Motion, grant Debtor additional time to cure the deficiencies, and grant Debtor such other and further relief as this Court may deem just and proper in the premises.

LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867
ATTORNEY FOR DEBTOR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Additional Time to Cure Deficiencies has been furnished by U.S. Mail to Terry Smith, Trustee, P O Box 6099, Sun City Center, FL 33571-6099 this _____ day of August, 2008.

RONALD R. BIDWELL