[813N3417] [Notice of Conversion to Chapter 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Case No. 8:08–bk–12277–CED
                                                                              Chapter 7
Anthony X Coleman
20203 Cane River Way
Tampa, FL 33647

_____Debtor*_____/

## NOTICE OF CONVERSION OF CASE TO CHAPTER 7

THIS CASE came on for consideration upon the Motion/Notice to Convert filed by the Debtor(s) on December 2, 2008 . The court having considered the record, entered an Order Governing Procedures After Conversion to Chapter 7 Case. Pursuant to Fed. R. Bankr. P. 2002(a), the clerk shall give notice of the following:

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. Sec. 341, for January 7, 2009 at 02:00 PM in Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602 at which time the Debtor and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed the Interim Trustee:

V John Brook
2520 ML King Street North
Saint Petersburg, FL 33704

3. CLAIMS – The court has set the "Deadline to File a Proof of Claim" as April 7, 2009 . A Proof of Claim is a signed statement describing a creditor's claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" provided above, you might not be paid any money on your claim against the debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Claims should be filed on a form officially prescribed for a Proof of Claim. A Proof of Claim form may be obtained from the clerk's office of any Bankruptcy Court or the Court's web site at www.flmb.uscourts.gov/forms/default.htm. Copies of supporting documents; such as statements of account, invoices, etc. should be attached to the proof of claim form. A claim may be filed in person, or mailed to, the Clerk of this Court.

4. March 9, 2009 , is fixed as the last day for filing a complaint objecting to the discharge of the Debtor and for filing a complaint to determine the dischargeability of certain debts. If no objection to the discharge of the Debtor is filed on or before the last day fixed as stated above, the Debtor will be granted a discharge. If no complaint to determine the dischargeability of the debt under Bankruptcy Code Section 523(a) is filed within the time fixed as stated above, the debt may be discharged.

DATED on December 9, 2008 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Anthony X Coleman | Case Number: 8:08-12277-CED |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: | **Court Claim Number:**_____<br>(*If known*) <br><br> Filed on:_____ |
| Telephone number: | |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| Telephone number: | |

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: hpatricia            Page 1 of 2                 Date Rcvd: Dec 09, 2008
Case: 08-12277                Form ID: 813n3417          Total Served: 35
```

The following entities were served by first class mail on Dec 11, 2008.
```
db           +Anthony X Coleman,    20203 Cane River Way,    Tampa, FL 33647-3340
aty          +Allison B Duffie,    David J Stern PA,    900 South Pine Island Road,    Suite 400,
               Plantation, FL 33324-3920
aty           Michael McCormick,    McCalla Raymer,    1544 Old Alabama Road,    Roswell, GA 30076-2102
aty          +Ronald R. Bidwell,    Law Office of Ronald R Bidwell PA,    1205 W Fletcher Ave Suite B,
               Tampa, FL 33612-3324
tr           +V John Brook,    2520 ML King Street North,    Saint Petersburg, FL 33704-2718
cr           +Countrywide Home Loans, Inc.,    c/o McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
cr           +Wells Fargo Bank,    c/o Allison B. Duffie, Esq.,    900 S Pine Island Rd #400,
               Plantation, FL 33324-3920
14938996     +Academic Alliance,    in Dermatology,    5210 Webb Road,    Tampa, FL 33615-4518
14938997      All Children's Hospital,    P O Box 31020,    Saint Petersburg, FL 33731-8920
14938998      Bank of America,    P O Box 15026,    Wilmington, DE 19850-5026
14938999     +Bay Gulf Credit Union,    3202 W Waters Avenue,    Tampa, FL 33614-2851
14939000      Capital One,    P O Box 30285,    Salt Lake City, UT 84130-0285
14939001      Chase,    P O Box 15298,    Wilmington, DE 19850-5298
15348948      Chase Bank USA NA,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
14939002     +Circuit City,    P O Box 15678,    Wilmington, DE 19885-0001
14939003      Countrywide Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
15097419     +Countrywide Home Loans, Inc.,    Bankruptcy Department,    7105 Corporate Drive,
               Mail Stop PTX-C-35,    Plano, TX 75024-4100
14955679      Department of Revenue,    PO Box 6668,    Tallahassee FL 32314-6668
15348921      FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
14939005      Home Depot,    P O Box 689100,    Des Moines, IA 50368-9100
14939006     +Jared,    P O Boc 3680,    Akron, OH 44309-3680
14939007      St Joseph's Hospital,    P O Box 403777,    Atlanta, GA 30384-3777
14939008     +Tampa Bay Womens Care,    P O Box 25317,    Tampa, FL 33622-5317
15093202     +Target National Bank,    c o Weinstein And Riley, PS,    2001 Western Avenue, Ste 400,
               Seattle, Wa 98121-3132
14939009      Target National Bank,    P O Box 1581,    Minneapolis, MN 55440-1581
14939010      Washington Mutual,    P O Box 660433,    Dallas, TX 75266-0433
15166449     +Wells Fargo Bank,    c/o Countrywide Home Loans, Inc.,    7105 Corporate Drive, Mailstop PTX-B-209,
               Plano, TX 75024-4100,    Attn: Bankruptcy Dept
15062296     +Wells Fargo Bank,    The Law Offices of David J Stern PA,    900 S Pine Island Rd Suite 400,
               Plantation FL 33324-3920
15261053      eCAST Settlement Corporation assignee of,    Capital One Bank,    POB 35480,    Newark NJ 07193-5480
15219806      eCAST Settlement Corporation assignee of,    Citibank USA NA/HOME DEPOT,    POB 35480,
               Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Dec 10, 2008.
```
tr           +E-mail/PDF: filing@payorelse13.com Dec 10 2008 05:16:15     Terry E Smith,    PO Box 6099,
               Sun City Center, FL 33571-6099
ust          +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov
               United States Trustee - TPA7, 7,    Timberlake Annex, Suite 1200,    501 E Polk Street,
               Tampa, FL 33602-3949
15101206     +E-mail/Text: JMathews@Havertys.com                           Haverty's Credit Services, Inc.,
               PO Box 5787,    Chattanooga, TN 37406-0787
14939004      E-mail/Text: JMathews@Havertys.com                           Haverty's Furniture,    P O Box 740506,
               Atlanta, GA 30374-0506
14955678     +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov                   United States Trustee,
               Timberlake Annex Suite 1200,    501 E Polk Street,    Tampa FL 33602-3949
                                                                                                 TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113A-8           User: hpatricia              Page 2 of 2               Date Rcvd: Dec 09, 2008
Case: 08-12277                 Form ID: 813n3417            Total Served: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2008**                              **Signature:**   _Joseph Speetjens_