**[8ntcasign]** [NOTICE OF FILING OF TRANSFER OF CLAIM(S)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:08−bk−12277−CED
                                                                          Chapter 7

Anthony X Coleman
20203 Cane River Way
Tampa, FL 33647

_____Debtor(s)_____/

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM(S)

TO: FIA Card Services

Pursuant to Fed. R. Bankr. P. 3001(e)(2), you are hereby advised that a Transfer of Claim(s) has been filed in this Court by eCAST Settlement Corporation , regarding Claim Number(s) 9 in the sum of $11714.09 filed by FIA Card Services .

If an objection is not filed within 20 days of the mailing of this notice, the Transferee shall be substituted for the Transferor.

DATED on May 13, 2009

                         FOR THE COURT
                         Lee Ann Bennett , Clerk of Court
                         Sam M. Gibbons United States
                         Courthouse
                         801 North Florida Avenue, Suite 555
                         Tampa, FL 33602

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: hpatricia             Page 1 of 1          Date Rcvd: May 13, 2009
Case: 08-12277                Form ID: 8ntcasig           Total Served: 3

The following entities were served by first class mail on May 15, 2009.
db           +Anthony X Coleman,    20203 Cane River Way,   Tampa, FL 33647-3340
cr            eCAST Settlement Corporation,    POB 35480,   Newark, NJ 07193-5480
15348921      FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,   as its agent,
              POB 35480,   Newark NJ 07193-5480
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2009**          **Signature:**   _Joseph Speetjens_