**[87fd]** [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:08−bk−12277−CED<br>Chapter 7 |

Anthony X Coleman
20203 Cane River Way
Tampa, FL 33647

_____Debtor(s)_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− V John Brook is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on December 17, 2009 .

_____
Caryl E. Delano
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.